BARKIN CONST. CO., Respondent, v. GOODMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Action by the Barkin Construction Company against Edmund L. Goodman and another. M. H. Cane, of New York City, for appellants. J. A. Seidman, of New York City, for respondent. No opinion.

Judgment and order affirmed, with costs. Order filed.